**P. GROSSMAN A PROFESSIONAL LAW CORP.**
Dennis A. Grossman, Esq.  (Cal. Bar #230047, NY Bar #2847150)
Jim A. Trevino, Esq. (Cal. Bar #237795)
1901 E. Shields Ave., Suite 260
Fresno, California 93726
Telephone No.:  (559) 221-2261
Facsimile No.:  (559)226-3517

Attorneys for:  Salomon Valladares Ramos

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOMON VALLADARES RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EDUARDO AGUIRRE, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of the United States Citizenship Immigration Services, DONALD RIDDING, Officer in Charge of the Fresno Office of The United States Citizenship Immigration Services,<br><br>Defendants. | CASE NO:   1:07-CV-00736-OWW-SMS<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>CIS No.: A92 168 453 |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

/ / / /

/ / / /

/ / / /

-1-

Dated: June 19, 2007                         Respectfully Submitted by,

                                             P. Grossman, a Professional Law Corp.


                                               /s/ Jim A. Trevino
                                             Jim A. Trevino, Esq.
                                             Attorney for Plaintiff


IT IS SO ORDERED.

**Dated:   June 20, 2007**                         **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE

-2-